ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN CALIFORNIA OF CALIFORNIA

| | |
|---|---|
| GERALDINE HILT, as Wrongful Death Heir, and as Successor-in-interest to ROBERT HILT, Deceased; and SHERLYN HILT, KRISHA TINDALL, DARPHINE ROLAND, and KIMBERLY CRAWFORD, as Legal Heirs of ROBERT HILT, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>C.C. MOORE & CO. ENGINEERS; et al.,<br><br>Defendants | No. 4:10-cv-05844 CW<br><br>STIPULATION TO REMAND ACTION TO STATE COURT AND ORDER THEREON<br><br>[Local Rules 7-1 and 7-12; FRCP 41]<br><br>Date: March 3, 2011<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th floor<br>Judge: Hon. Claudia Wilken |

Comes now Plaintiffs GERALDINE HILT, as Wrongful Death Heir, and as Successor-in-interest to ROBERT HILT, Deceased; and SHERLYN HILT, KRISHA TINDALL, DARPHINE ROLAND, and KIMBERLY CRAWFORD, as Legal Heirs of ROBERT HILT, Deceased, ("Plaintiffs") and Defendant OTIS ELEVATOR COMPANY ("OTIS"), who file the following joint stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, Defendant OTIS removed this case to the United States District Court for the Northern District of California on December 22, 2010, on the ground that the Court has "federal officer" subject matter jurisdiction under 28 U.S.C. section 1442(a) based on Plaintiffs' allegations that decedent's injury was caused by alleged exposure to asbestos in

1   OTIS's products on various U.S. Navy vessels, and on defendant's allegations that the products
2   were manufactured under the supervision and control of the United States government; and
3       WHEREAS, Defendant OTIS was the sole removing defendant and no other defendant
4   joined in removal or filed a separate notice of removal; and
5       WHEREAS, Plaintiffs and Defendant OTIS, the affected parties, have now reached a
6   resolution of Plaintiffs' claims against OTIS whereby Plaintiffs agree to waive all claims
7   against claims against OTIS relating to or arising out of plaintiff's asbestos exposure at
8   military jobsites or aboard U.S. Navy vessels; and
9       WHEREAS, Plaintiffs will file a formal waiver of said claims with the Court prior to
10  the filing of this Stipulation; and
11      WHEREAS, Defendant OTIS'S desire for a federal forum for this action is now moot
12  given the resolution of the aforesaid claims against it; and
13      WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant OTIS seek to
14  have this action remanded to state court,
15      IT IS HEREBY STIPULATED by the affected parties, Plaintiffs and Defendant OTIS
16  that this action shall be, and hereby is immediately remanded to the San Francisco County
17  Superior Court, the court in which it was originally filed and from which it was removed.
18  Dated: February ____, 2011        BRAYTON ❖PURCELL LLP
19
20                                         By:_____
                                              Richard Grant
21                                                Attorneys for Plaintiffs
22
23  Dated: February ____, 2011        TUCKER ELLIS & WEST LLP
24
25
                                       By:_____
26                                                Lance D. Wilson
                                              Attorneys for Defendant
27                                                OTIS ELEVATOR COMPANY
28

**PURSUANT TO STIPULATION**, **IT IS SO ORDERED**.

This case is REMANDED to the Superior Court of California, County of San Francisco, Case No. CGC-10-275703. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of San Francisco.

Dated: March 1, 2011            By: _____
                                    CLAUDIA WILKEN
                                    United States District Judge

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\STIP-OTIS REMAND.wpd
STIPULATION TO REMAND ACTION TO STATE COURT AND ORDER THEREON;4:10-cv-05844 CW